# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MICHAEL R. TYSKOWSKI,

               Plaintiff,                        22 **CIVIL** 8207 (NSR)

     -against-                       **JUDGMENT**

INTERNATIONAL BUSINESS MACHINES CORP.,

               Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2023, Plaintiff's motion to vacate the arbitration award is DENIED; accordingly, the case is closed.

**Dated**: New York, New York
        September 30, 2023

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

                 **BY:**

                                        **Deputy Clerk**